# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD SCAFFIDI,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY M. LANIGAN, et al.,<br><br>        Defendants. | Civ. No. 17-810 (RBK) (KMW)<br><br>**MEMORANDUM AND ORDER** |

Plaintiff is proceeding through counsel with a civil rights Complaint filed pursuant to 42 U.S.C. § 1983. On October 1, 2018, all Defendants filed a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 24).

On October 22, 2018, it appears that Plaintiff filed a counseled Amended Complaint as of right, replacing his initial *pro se* Complaint, in response to Defendants' motion to dismiss. Fed. R. Civ. P. 15(a)(1)(B). The filing of this Amended Complaint effectively moots Defendants' motion to dismiss the original Complaint. *See Wilson v. Somerset Cty. Prosecutors Office*, No. 15-6034, 2016 WL 1090811, at *4 (D.N.J. Mar. 21, 2016) (explaining that courts should require a defendant to file a new motion if applying the pending motion to the amended complaint would create confusion or when the new pleading is substantially different).

Accordingly, IT IS on this <u>6th</u> day of April, 2019,

**ORDERED** that Defendants' motion to dismiss (ECF No. 24) the original Complaint is DENIED AS MOOT in light of Plaintiff's subsequent filing of an Amended Complaint.

<u>s/Robert B. Kugler</u><br>
ROBERT B. KUGLER<br>
United States District Judge